UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-514-FDW-DSC

| | |
|---|---|
| OLIVE CADLE, ) | |
| Plaintiff, ) | |
| vs. ) | NOTICE |
| MECKLENBERG AREA CATHOLIC SCHOOLS, ) | |
| Defendant. ) | |

**TAKE NOTICE** that this matter is docketed to be tried before a jury in Courtroom #1-1 of the Charles R. Jonas Building, 401 W. Trade Street, Charlotte, North Carolina 28202 during the Court's mixed trial term beginning **Tuesday, September 6, 2016**. The parties should be prepared to conduct the final pre-trial conference on September 6, 2016. As per the Case Management Order (Doc. No. 15), the **jointly** drafted pre-trial submissions are due **no later than August 30, 2016**.

If this matter has settled, the parties are hereby ORDERED to file a joint stipulation of dismissal. The parties are reminded that failure to inform the Court of an existing settlement before the commencement of the trial term may result in the parties being assessed the costs of jury pooling.

**IT IS SO ORDERED.**

Signed: August 18, 2016

Frank D. Whitney
Chief United States District Judge